IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff | ) | |
| v. | ) | |
| | ) | Case No.: 19-civ.-05570 (KPF) |
| David Wagner, et al., | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission (the "Commission"), through its undersigned counsel, hereby voluntarily dismisses its claims against defendants Downing Partners, LLC, Downing Investment Partners, LP, and Downing Digital Healthcare Group, LLC. The Commission timely served these defendants with a copy of the Summons and Complaint (Docket Nos. 1 and 6-8), and they have not answered, moved for summary judgment, or otherwise appeared in this action

Date: September 8, 2021

*Christopher J. Dunnigan*

_____
*Signature of plaintiffs or plaintiff's counsel*

200 Vesey Street, Suite 400

_____
*Address*

New York, NY 10281-1022

_____
*City, State & Zip Code*

212-336-0061

_____
*Telephone Number*